Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
BAHAREH SHAMLOU

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 10-364 SBA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| BAHAREH SHAMLOU, | |
| Defendant | |

  Defendant Bahareh Shamlou, by and through her attorney, Adam Pennella, and the United States, by and through its attorney, James Mann, hereby stipulate and agree that the Status Hearing related to the pending supervised release violation in this matter, which is currently set for January 22, 2014, be continued to February 12, 2014.

  At the last court appearance, the parties notified the Court that Ms. Shamlou would be compiling and providing significant financial information to Probation, which was the first step in settling the pending supervised release violation.  That information and documents have been provided; however, Probation requires additional time to review those documents.  The parties therefore request this continuance to enable Probation to complete its review and for the parties to effectively discuss potential resolution.

//

SO STIPULATED:

Dated: January 21, 2014                     _____/s/_____
                                            Adam Pennella
                                            Counsel for Bahareh Shamlou


Dated: January 21, 2014                     MELINDA HAAG
                                            UNITED STATES ATTORNEY


                                            _____/s/_____
                                            James Mann
                                            Assistant United States Attorney



SO ORDERED:

Dated:  1/21/2014                           _____
                                            Honorable Donna M. Ryu
                                            United States Magistrate Judge