Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
BAHAREH SHAMLOU

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>BAHAREH SHAMLOU,<br><br>            Defendant | Case No.: CR 10-364 SBA<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE HEARING |

Defendant Bahareh Shamlou, by and through her attorney, Adam Pennella, and the United States, by and through its attorney, James Mann, hereby stipulate and agree that the Status Hearing related to the pending supervised release violation in this matter, which is currently set for February 12, 2014, be continued to March 4, 2014.

At the last court appearance, the parties notified the Court that Ms. Shamlou would be compiling and providing significant financial information to Probation, which was the first step in settling the pending supervised release violation. That information and documents were provided, which Probation has now had an opportunity to review. The terms of a resolution to this matter are being discussed. The parties therefore request this continuance to finalize the terms of the anticipated disposition of this matter.

//

STIPULATION AND ORDER TO CONTINUE HEARING                                                                 1

SO STIPULATED:

Dated: February 11, 2014                          _____/s/_____
                                                  Adam Pennella
                                                  Counsel for Bahareh Shamlou


Dated: February 11, 2014                          MELINDA HAAG
                                                  UNITED STATES ATTORNEY


                                                  _____/s/_____
                                                  James Mann
                                                  Assistant United States Attorney


        SO ORDERED:


Dated: 2/11/14                                    _____
                                                  Honorable Kandis A. Westmore
                                                  United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE HEARING                                      2